ERIC GRANT
United States Attorney
LYNN TRINKA ERNCE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY TAYLOR,<br><br>Plaintiff,<br><br>v.<br><br>DEFENSE FINANCE AND ACCOUNTING SERVICE, ET AL,<br><br>Defendants. | Case No. 2:25-cv-03667-WBS-AC<br><br>**STIPULATION AND ORDER RE PLAINTIFF'S INTENTION TO DISMISS COUNTS II AND IV OF THE COMPLAINT** |

The parties hereby stipulate and agree as follows:

**RECITALS**

1.    On December 19, 2025, plaintiff filed his complaint against Defense Finance and Accounting Service (DFAS) and California National Guard (CNG) asserting the following causes of action related to the determination that plaintiff Gary Taylor improperly received dual compensation when he was employed as a dual-status technician with CNG.:

- Count I: Declaratory relief against DFAS that the debt is invalid

- Count II: Intentional infliction of emotional distress (IIED) against DFAS

- Count III: Claim against DFAS that the statute of limitations to collect the debt has run

- Count IV: USERRA claim against CNG for reinstatement and damages

ECF 1.

STIPULATION AND ORDER RE PLAINTIFF'S INTENTION
TO DISMISS COUNTS II AND IV OF THE COMPLAINT

1

2.    Based on two stipulations approved by the Court, the deadline for DFAS and CNG to respond to the complaint was extended to May 20, 2026.  ECF 10, 11, 13, 14.

3.    On May 20, 2026, DFAS filed a timely motion to dismiss plaintiff's IIED claim against DFAS for lack of subject matter jurisdiction under Rule 12(b)(1) of the Federal Rules of Civil Procedure (FRCP) on grounds that plaintiff failed to exhaust his administrative remedies under the Federal Tort Claims Act before suing DFAS for IIED.

<strong><u>STIPULATION</u></strong>

A.    Plaintiff wishes to voluntarily dismiss Counts II and IV of the complaint.  Because he is not dismissing the entire action, he will file an amended complaint as a matter of course pursuant to FRCP 15(a)(1)(B) by June 10, 2026, which is 21 days after DFAS filed its Rule 12(b)(1) motion.

B.    By dismissing Counts II and IV of the complaint, plaintiff has not waived his right to seek leave to file an amended complaint after DFAS files an answer or further motions in response to the amended complaint.

C.    By voluntarily dismissing Counts II and IV, plaintiff does not concede them, nor give up his right to pursue them administratively.  DFAS and CNG agree that, by dismissing the two claims without prejudice, plaintiff is not ceding DFAS' motion to dismiss for failure to exhaust administrative remedies.  Rather plaintiff is simply giving notice that he is withdrawing those counts voluntarily.

D.    Plaintiff intends to file his IIED claim using FTCA administrative procedures. DFAS will provide plaintiff with the address to which plaintiff must send his Standard Form 95 to DFAS.

E.    Plaintiff will also await the outcome of the underlying issue in this controversy, a finding on the validity of the debt, before he brings a USERRA claim.

F.    Upon Court approval of this stipulation, DFAS will withdraw its motion to dismiss the IIED claim.

G.    Each party shall be responsible for their own fees and costs regarding the dismissed Counts II and IV.

[REMAINDER OF PAGE LEFT BLANK]

H.      With the Court's approval, DFAS will have 30 days – until July 10, 2026 – to respond to plaintiff's amended complaint.

Respectfully submitted,

Dated:  May 29, 2026                              ERIC GRANT
                                                  United States Attorney

                                           By:   */s/ Lynn Trinka Ernce*
                                                  LYNN TRINKA ERNCE
                                                  Assistant United States Attorney
                                                  Attorneys for Defendants


Dated:  May 29, 2026                              JAMES BROCK WALKER


                                           By:   /s/ James Brock Walker (as authorized 5/29/26)
                                                  JAMES BROCK WALKER
                                                  Attorney for Gary Taylor


                                           **ORDER**

**IT IS SO ORDERED.**

Dated:  May 29, 2026


_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE