ERIC GRANT
United States Attorney
LYNN TRINKA ERNCE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

GARY TAYLOR,

Plaintiff,

v.

DEFENSE FINANCE AND ACCOUNTING SERVICE,

Defendant.

Case No. 2:25-cv-03667-WBS-AC

**STIPULATION AND ORDER RE FILING OF SECOND AMENDED COMPLAINT**

The parties hereby stipulate and agree as follows:

**RECITALS**

1. On June 1, 2026, the Court granted and entered the parties' Stipulation and Order re Plaintiff's Intention to Dismiss Counts II and IV of the Complaint. ECF 18.

2. As required by the stipulation and order, Defense Finance and Accounting Service (DFAS) withdrew its partial motion to dismiss plaintiff's tort and USERRA claims in the original complaint (ECF 19), and plaintiff filed his First Amended Complaint (ECF 21).

3. The stipulation and order provided that "plaintiff has not waived his right to seek leave to file an amended complaint after DFAS files an answer or further motions in response to the amended complaint." ECF 18, ¶ B.

4. On July 10, 2026, DFAS filed a motion to dismiss the entire First Amended Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. ECF 22. Plaintiff's opposition to the motion is due July 24, 2026. L.R. 230(c).

5. On July 23, 2026, plaintiff's counsel informed DFAS' counsel that plaintiff wishes to file a second amended complaint, and he provided DFAS' counsel with a draft motion for leave to amend and his proposed second amended complaint.

6. Based on the parties' meet and confer discussions, and to avoid the need for further briefing and hearing on DFAS' motion to dismiss the First Amended Complaint, and plaintiff's motion for leave to file a second amended complaint, the parties stipulate and agree as set forth below.

7. Plaintiff nevertheless intends to file his opposition to DFAS' motion to dismiss, and to file his motion for leave to file an amended complaint, because the deadline to oppose the motion to dismiss is July 24, 2026 – the same date on which the parties are filing this stipulation.

**STIPULATION**

A. The parties agree that, upon Court approval of this stipulation, plaintiff may file a Second Amended Complaint.

B. Plaintiff will file his Second Amended Complaint within 10 days after the stipulation is approved and entered by the Court.

C. DFAS reserves all rights, arguments, and defenses in response to the Second Amended Complaint. Considering DFAS counsel's existing work commitments, deadlines, and anticipated absences in August and early September, and with the Court's approval, DFAS shall have until September 18, 2026 to file its response to the Second Amended Complaint.

D. Upon Court approval of this stipulation, DFAS will withdraw its motion to dismiss the First Amended Complaint, and plaintiff with withdraw his motion for leave to file a Second Amended Complaint.

[REMAINDER OF PAGE LEFT BLANK]

E. Each party shall be responsible for their own fees and costs regarding the First Amended Complaint, and plaintiff's motion for leave to file a Second Amended Complaint.

Respectfully submitted,

Dated: July 24, 2026

ERIC GRANT
United States Attorney

By: */s/ Lynn Trinka Ernce*
LYNN TRINKA ERNCE
Assistant United States Attorney
Attorneys for Defendant

Dated: July 24, 2026

JAMES BROCK WALKER

By: /s/ James Brock Walker (as authorized 7/24/2026)
JAMES BROCK WALKER
Attorney for Gary Taylor

**ORDER**

**IT IS SO ORDERED.**

Dated: July 24, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE